IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASPEN CLINIC, INC., <br><br> Defendant. | Case No. 6:25-cv-00088 <br><br> JUDGE JAMES D. CAIN, JR. <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc. (collectively, "Novo Nordisk"), and Defendant, Aspen Clinic, Inc. ("Aspen Clinic"), which respectfully move the Court to enter the attached final judgment and permanent injunction by consent of the parties. The parties have resolved this matter and agree to entry of the proposed final judgment and permanent injunction. Accordingly, the parties respectfully request that the Court enter the proposed final judgment and permanent injunction by consent of the parties attached hereto.

Respectfully Submitted,

| | |
|---|---|
| */s/ E. Paige Sensenbrenner* | */s/ Devin Ricci* |
| ADAMS AND REESE, LLP | KEAN MILLER LLP |

E. PAIGE SENSENBRENNER (#18429)  
DIANA COLE SURPRENANT (#33399)  
ALEXANDRA ROSELLI LAMB (#37847)  
701 Poydras, Suite 4500  
New Orleans, Louisiana 70139  
paige.sensenbrenner@arlaw.com  
diana.surprenant@arlaw.com  
alex.lamb@arlaw.com  
(504) 581-3234 (telephone)  
(504) 553-9489 (facsimile)  

Devin Ricci (#34724)  
909 Poydras Street  
Suite 3600  
New Orleans, Louisiana 70112  
504.293.6523 (direct)  
504.650.7632 (mobile)  
Devin.Ricci@keanmiller.com  

*Attorney for Defendant*

COVINGTON & BURLING, LLP

Ronald Dove  
One CityCenter  
850 Tenth Street, NW  
Washington, DC  20001-4956  
T: 202.662.5685  
rdove@cov.com  

*Attorneys for Plaintiffs*